66 F.3d 310
 John Doe, Dr.
v.
U.S. Department of Health and Human Services, Donna E.
Shalala, Secretary, State Board of Osteopathic Medicine of
Commonwealth of Pennsylvania, Morris A. Fishman, John E.
Dougherty, III, Silvia M. Ferretti, Dennis M. Guest, John L.
Johnston, David E. Schooley, George L. Shevlin, Dr. John Doe
 NO. 95-1055
 United States Court of Appeals,
Third Circuit.
 Aug 07, 1995
 
 Appeal From: E.D.Pa., No. 94-cv-03429,
 Kelly, J.,
 
 871 F.Supp. 808
 
 1
 AFFIRMED.